UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JULIA STAGGS, *et al.*,

    Plaintiffs,

Case No. 3:17-cv-191

vs.

FUYAO GLASS AMERICA,

Magistrate Judge Michael J. Newman
(Consent Case)

    Defendant.

---

**ORDER AND ENTRY: (1) GRANTING THE PARTIES' JOINT MOTION TO EXTEND DEADLINES AND SCHEDULING DATES (DOC. 120); AND (2) SETTING AN AMENDED SCHEDULING ORDER**

---

This civil case is before the Court on the parties' joint motion to extend deadlines and scheduling dates. Doc. 120. For good cause shown, and absent objection, the parties' joint motion is **GRANTED**. In their motion, the parties request that discovery be conducted in two phases, with the second phase consisting of the disclosure of damages experts, if necessary, and discovery regarding damages. *Id*. at PageID 1276. The undersigned **ADOPTS** the parties' proposed pretrial plan and proposed deadlines and scheduling dates.

Accordingly, the undersigned sets the following pretrial deadlines for all issues in this case other than the issue of damages:

| | |
|---|---|
| Defendant's primary expert disclosures: | **August 12, 2019** |
| Plaintiffs' rebuttal expert disclosures: | **September 16, 2019** |
| Defendant's rebuttal expert disclosures: | **September 16, 2019** |
| Discovery deadline: | **October 14, 2019** |
| Deadline for summary judgment and class certification motions: | **January 15, 2020** |

Following the Court's decision on summary judgment and class certification, the Court will set deadlines for the disclosure of experts regarding damages, damages discovery, trial, and other pretrial deadlines.

    **IT IS SO ORDERED.**

Date:  April 30, 2019                    s/ Michael J. Newman
                                                      Michael J. Newman
                                                      United States Magistrate Judge