UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JULIE STAGGS,

    Plaintiff,                                               Case No. 3:17-cv-191

vs.

FUYAO GLASS AMERICA, INC.,         Magistrate Judge Michael J. Newman
                                                            (Consent Case)

    Defendant.

---

**ORDER AND ENTRY GRANTING PLAINTIFFS' UNOPPOSED MOTION TO APPROVE SETTLEMENT (DOC. 140)**

---

       This civil consent case is before the Court on Plaintiffs' unopposed motion to approve settlement. Doc. 140. The Court has carefully considered Plaintiffs' motion, as well as all documents attached thereto, and Plaintiffs' motion is ripe for decision. For the following reasons, and absent objection, the Court **GRANTS** Plaintiffs' unopposed motion and **ORDERS** as follows:

       1.     The parties' Settlement Agreement ("Agreement") (doc. 140-1), which is incorporated herein, is finally approved as fair, reasonable and adequate, and a fair and reasonable resolution of a *bona fide* dispute;

       2.     Named Plaintiffs' FLSA claims are finally certified pursuant to 29 U.S.C. § 216(b), for settlement purposes only, as the Court finds that their claims are similarly situated to those of the FLSA Collective Members (the Named Plaintiffs and the FLSA Collective Members will be jointly referred to as the "Settlement Class," which consists of the 624 individuals identified in the Agreement who opted into this lawsuit);

       3.     Named Plaintiffs are finally approved as the Representatives of the Settlement Class Members and the proposed service awards totaling $30,000.00 for their service to the Settlement Class Members are approved in accordance with Section IV.A.3 of the Agreement;

4. Plaintiffs' requested attorneys' fees and costs in the amount of $500,000.00 is approved;

5. ILYM Group, Inc. is approved as the Settlement Administrator, and the cost of claims administration shall be paid out of the Gross Settlement Amount;

6. The Court finds that the proposed amount, allocation, calculation, and method of distribution of the Net Settlement Fund after payment for $500,000 in attorney fees and expenses, $30,000 for Service Awards and for Third Party Administrator Costs on a pro rata basis per week worked by each Settlement Class Member is a fair and reasonable settlement award and finally approves same;

7. Employee taxes and the employer share of FICA, FUTA, SUTA, Medicare, and any other applicable payroll taxes for the settlement payments to Settlement Class Members shall be paid from the Net Settlement Amount in accordance with Section IV.A.5 of the Agreement;

8. Any unclaimed monies remaining from the Net Settlement Amount, after the administration of the settlement, as defined in Section IV of the Agreement, shall escheat back to the state as unclaimed funds;

9. The Court approves the Waiver and Release set forth in Section IV.B of the Agreement, which is incorporated herein in all respects, as to all Settlement Class members. The Release of Claims is effective as of the date of this Order;

10. The Court hereby **ENTERS FINAL JUDGMENT** in this case and **DISMISSES** it **WITH PREJUDICE** in accordance with the terms of the Settlement Agreement. There being no reason to delay entry of this Final Judgment, the Clerk of the Court is ordered to enter this final judgment forthwith pursuant to Rule 54(b) of the Federal Rules of Procedure;

11. The terms of the Agreement and this Order are binding on the Settlement Class, as well as their heirs, executors and administrators, successors and assigns, and those terms shall have

res judicata and other preclusive effects in all pending and future claims, lawsuits or other proceedings maintained by or on behalf of any such persons, to the extent those claims, lawsuits or other proceedings involve matters that were or could have been raised in this or are otherwise encompassed by the Waiver and Release set forth in the Agreement;

12. Neither this Order nor the Agreement is, may be construed as, or may be used as, an admission or concession by either party, as set forth in the terms of the Agreement;

13. Without affecting the finality of this Final Judgment in any way, the Court reserves exclusive and continuing jurisdiction over this action, the Named Plaintiffs, the certified FLSA Class, and Defendant for the purpose of supervising the implementation and enforcement of the Settlement Agreement, this Order, and all settlement administration matters.

**IT IS SO ORDERED.**

Date:   December 16, 2019            s/ Michael J. Newman
                                     Michael J. Newman
                                     United States Magistrate Judge